FRANCIS DEAN, Appellant, *v.* JOHN P. O'FLAHERTY, Respondent.

Submitted May 19, 1941; decided May 29, 1941.

*George H. Fox* for motion.

*Joseph A. Butler* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal lies as matter of right.